IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY EDWARD ANDERSON ) | Civil Action No.: 15-3630 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRANS UNION RENTAL ) | |
| SCREENING SOLUTIONS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

AND NOW, this 14th day of September 2015, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff Gregory Edward Anderson and Defendant RentGrow, Inc., that the deadline for Plaintiff's time to respond to Defendant's Motion to Dismiss is hereby extended from Monday, September 14, 2015 until Monday, September 21, 2015.

Respectfully Submitted,

/s/ Gregory Gorski
GREGORY GORSKI
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Attorneys for Plaintiff

/s/ Dana B. Klinges
DANA B. KLINGES
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1143

Approved
L. Restrepo  9/14/15