IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GREGORY EDWARD ANDERSON ) | Civil Action No.: 15-3630 |
| Plaintiff, ) |  |
| v. ) |  |
| TRANS UNION RENTAL ) SCREENING SOLUTIONS, INC., et al. ) |  |
| Defendants. ) |  |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

    Kindly enter Plaintiff's voluntary dismissal as to Defendant RentGrow, Inc. d/b/a Yardi Resident Screening only without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                              **FRANCIS & MAILMAN, P.C.**

                    BY:    */s/ Gregory Gorski*
                                GREGORY GORSKI, ESQUIRE
                                Attorneys for Plaintiff
                                Land Title Building, 19th Floor
                                100 South Broad Street
                                Philadelphia, PA 19110
                                (215) 735-8600

Dated: September 21, 2015