IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY EDWARD ANDERSON | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION RENTAL SCREENING SOLUTIONS, INC., et al. | : | CASE NO. 2:15-cv-03630-LFR |

ORDER

AND NOW, this _____ Day of _____, 2015, it is hereby

ORDERED that the application of _Robert J. Schuckit_, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:15-cv-03630-LFR

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Robert J. Schuckit_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and have submitted a __check.__, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| Indiana | 08/28/1990 | 15342-49 |
| --- | --- | --- |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Illinois | 11/01/1982 | 6183900 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Wisconsin | 06/15/1982 | 1009611 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| See attached | | |
| --- | --- | --- |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Trans Union, LLC

(Applicant's Signature)

11/11/15
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, IN  46077

(317) 363-2400

Sworn and subscribed before me this

_____ Day of _____, 2015

_____
Notary Public

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  Robert J. Schuckit  to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.

| Casey B. Green | [signature] | 11/21/2006 | 91005 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

 Sidkoff, Pincus & Green, 2700 Aramark Tower, 1101 Market Street, Philadelphia, PA  19107 

 (215) 574-0600 

Sworn and subscribed before me this

 12th  Day of  November, 2015

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NANCY GAVIGAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 21, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY EDWARD ANDERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION RENTAL | : | |
| SCREENING SOLUTIONS, INC., et al. | : | CASE NO. 2:15-cv-03630-LFR |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Robert J. Schuckit__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was sent by ECF Notification to:

Mark D. Mailman, Esq. (mmailman@consumerlawfirm.com)

Gregory J. Gorski, Esq. (ggorski@consumerlawfirm.com)

_____
Signature of Attorney

Casey B. Green
Name of Attorney

Trans Union, LLC
Name of Moving Party

11-12-15
Date

## Attachment to Application for Admission of Attorney *Pro Hac Vice* – Robert J. Schuckit

### Gregory Allen Anderson v. Trans Union Rental Screening Solutions, Inc., et al.

**Federal Bar Admissions:**

    U.S. District Court for the Central District of Illinois – 02/03/2003, n/a
    U.S. District Court for the Northern District of Illinois – 04/16/1984, n/a
    U.S. District Court for the Southern District of Illinois – 03/21/2002, n/a
    U.S. District Court for the Northern District of Indiana – 01/02/2002, n/a
    U.S. District Court for the Southern District of Indiana – 08/28/1990, n/a
    U.S. District Court for the District of Maryland - 10/16/2015; Bar No. 14125
    U.S. District Court for the Eastern District of Michigan – 09/29/2003, n/a
    U.S. District Court for the Western District of Michigan – 02/06/2006, n/a
    U.S. District Court for the Eastern District of Missouri – 05/28/2010, Bar No. 1534249IN
    U.S. District Court for the Northern District of New York – 11/01/2011, Bar No. 517217
    U.S. District Court for the Western District of New York – 03/24/2011, n/a
    U.S. District Court for the Northern District of Ohio – 03/13/2007, n/a
    U.S. District Court for the Southern District of Ohio – 12/02/2009, n/a
    U.S. District Court for the Eastern District of Wisconsin – 05/19/2005, n/a
    U.S. District Court for the Western District of Wisconsin – 06/15/1982, n/a

    U.S. Court of Appeals for the 4th Circuit – 04/10/2014, n/a
    U.S. Court of Appeals for the 6th Circuit – 04/09/2007, n/a
    U.S. Court of Appeals for the 7th Circuit – 10/29/1993, n/a
    U.S. Court of Appeals for the 8th Circuit – 03/27/2007, Bar No. 07-0163
    U.S. Court of Appeals for the 9th Circuit – 02/03/2009, n/a
    U.S. Court of Appeals for the 10th Circuit – 08/21/2009, n/a

    U.S. Tax Court – 10/17/1990, Bar No. SR1392