IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY EDWARD ANDERSON | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION RENTAL SCREENING SOLUTIONS, INC., et al. | : | CASE NO. 2:15-cv-03630-LFR |

FILED
NOV 1 3 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this **12** Day of **November**, 2015, it is hereby

ORDERED that the application of _Robert J. Schuckit_, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.